
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUL -7 PM 3: 49

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 2:05-CR20046-01Ml |
| vs. ) | |
| ) | |
| CARLOUS BENTON, ) | 18 U.S.C. § 922(g) |
| a/k/a, CARLOS BENTON, ) | |
| Defendant. ) | |

## ORDER DISMISSING COUNT TWO AND COUNT THREE OF INDICTMENT

Upon consideration of the motion of the United States Attorney's Office, by and through Special Assistant United States Attorney, E. Greg Gilluly, Jr., and for good cause shown, the court hereby grants the government's motion to dismiss Count Two and Count Three of indictment 05-20046, returned against Carlous Benton, a/k/a Carlos Benton.

Entered this __7__ day of July, 2005.

Jon P. McCalla
United States District Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _7-8-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:05-CR-20046 was distributed by fax, mail, or direct printing on July 8, 2005 to the parties listed.

---

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Randall P. Salky
LAW OFFICE OF RANDALL SALKY
266 S. Front St.
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT